UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN RITCHIE,

    Petitioner,

v.                                   Case No. 3:16cv597/LC/CJK

JULIE JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 7, 2017 (doc. 17). The parties have been furnished a copy of the Report and Recommendation, and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 14) is GRANTED.

3. The petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Steven Gerrard Ritchie*, Walton County Circuit Court Case No. 10-CF-755, is DISMISSED WITH PREJUDICE.

4. The clerk shall close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 5th day of December, 2017.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**